AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

JUAN GABRIEL ALMONTE ESPINAL & ERICK ALM )
*Plaintiff* )
v. ) Case No. 24CV4100
MALE POLICE OFFICER 1, ET AL )
*Defendant* )

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ERICK ALMONTE ESPINAL                                            .

Date: 05/15/2025

*Attorney's signature*

GLENN A. GARBER GG9300
*Printed name and bar number*

233 BROADWAY, SUITE 2370
NEW YORK, NY 10279

*Address*

ggarber@glenngarber.com
*E-mail address*

(212) 965-9370
*Telephone number*

(212) 965-9375
*FAX number*