**GLENN A. GARBER, P.C.**
ATTORNEYS AT LAW

GLENN A. GARBER
(ADMITTED IN NY & NJ)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

December 27, 2025

**BY ECF**
Honorable Judge Paul Engelmayer
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Motion to Consolidate 25-cv-04100-PAE and 25-cv-05089-KPF

Dear Judge Engelmayer:

      Please see the link below to the video exhibits referenced in the attached memorandum of fact and law:

- https://gagarber.quickconnect.to/d/s/16OQdgLJWdPQXrDLw5VVuvMV0uyS3qPY/jKMrPxN1maIYEFOlj6GAwh1ts5m2UgLp-o77Aq6tN2Qw

Respectfully,

Glenn Garber and Alex Garber

Attorneys for Erick Almonte Espinal, Juan Gabriel Almonte Espinal, Juan Ramon Almonte Diaz, Ana Maria Espinal, Juan Adonis Almonte Espinal, Juan Frailyn Almonte Espinal, Ana Miranda Almonte Espinal, Alisha Emily Rodriguez, and Jhoan Alberto Marchena Gomez

cc: All counsel by email and ECF