UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN GABRIEL ALMONTE ESPINAL *et al.*,

                              Plaintiffs,

              -v-

MALE POLICE OFFICER 1 *et al.*,

                              Defendants.

---

25 Civ. 4100 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court hereby sets a briefing schedule for plaintiffs' motion to consolidate this case

with 25 Civ. 5089 (KPF), *see* Dkt. 14:

- By January 16, 2026, defendants shall state their position on the motion, including by

  filing any opposition;

- If defendants oppose, plaintiffs' reply, if any, shall be due January 23, 2026.

SO ORDERED.

*Paul A. Engelmayer*

_____

PAUL A. ENGELMAYER
United States District Judge

Dated: January 2, 2026
       New York, New York