

|MURIEL GOODE-TRUFANT<br>*Corporation Counsel*|THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 Church Street<br>NEW YORK, NY 10007|JOHN MCLAUGHLIN<br>Phone: (212) 356-2670<br>Fax: (212) 356-3509<br>jmclaugh@law.nyc.gov<br>*Assistant Corporation Counsel*|

January 16, 2026

**BY ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    Almonte Espinal, et al. v. Male Police Officer 1, et al.,
              25 Civ. 4100 (PAE)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York. I write pursuant to Rule 1.4 of the Local Civil Rules of the United States District Courts for the Southern and Eastern Districts of New York to request that the Court issue an Order substituting the undersigned as counsel of record on behalf of defendant the City of New York in place of Assistant Corporation Counsel Evan Gottstein, Esq. Simultaneously herewith, I am also filing a notice of substitution of counsel and affidavit from Mr. Gottstein. I therefore respectfully request that Evan Gottstein be removed as attorney of record in this matter.

      The Defendant thanks the Court for its time and consideration of this matter.

      Respectfully Submitted,

      *John McLaughlin* /s/

      John McLaughlin
      *Assistant Corporation Counsel*

Cc:    **VIA ECF**
       *All counsel of record.*