UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

| | |
|---|---|
| JUAN GABRIEL ALMONTE ESPINAL and ERICK ALMONTE ESPINAL,<br><br>                              Plaintiffs,<br><br>     -against-<br><br>MALE POLICE OFFICER 1, MALE POLICE OFFICER 2, FEMALE POLICE OFFICER 1, UNKNOWN POLICE OFFICERS 4 THROUGH 15, and THE CITY OF NEW YORK,<br><br>                              Defendants. | **DECLARATION IN SUPPORT OF NOTICE OF SUBSTITUTION OF COUNSEL**<br><br>No. 25 Civ. 4100 (PAE) |

------------------------------------------------------------------------ x

I, EVAN J. GOTTSTEIN, declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that:

1. I am a Senior Counsel at the New York City Law Department and, on behalf of Muriel Goode-Trufant, Corporation Counsel of the City of New York, I am presently counsel of record in this action.

2. I will be leaving the New York City Law Department on or about January 5, 2026, after which time I will have no involvement whatsoever in this matter.

3. The representation of City Defendants in this matter has been transferred to another attorney at the New York City Law Department, who is filing a Notice of Substitution of Counsel along with this Declaration.

- 2 -

    4.    Please terminate me from the docket sheet as counsel of record and replace me with the attorney whose name and information appears on the attached Notice of Substitution of Counsel.

Dated:    New York, New York
            December 30, 2025

                                            *Evan J. Gottstein* /s/
                                            EVAN J. GOTTSTEIN