

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 Church Street
NEW YORK, NY 10007

**JOHN MCLAUGHLIN**
Phone: (212) 356-2670
Fax: (212) 356-3509
jmclaugh@law.nyc.gov
*Assistant Corporation Counsel*

January 16, 2026

**BY ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    <u>Almonte Espinal, et al. v. Male Police Officer 1, et al.</u>,
                25 Civ. 4100 (PAE)

Your Honor:

        I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, and the attorney representing the City of New York in the above-referenced matter. Defendant respectfully requests (1) an extension of time until February 6, 2026 to evaluate whether to oppose Plaintiffs' motion to consolidate and to file any opposition, and (2) to the extent mediation scheduling/deadlines are pending, that mediation be held in abeyance until the Court decides the consolidation motion. Plaintiffs consent to both of these requests.

        On December 27, 2025, Plaintiffs filed a motion seeking to consolidate this case (25 Civ. 4100) with <u>Almonte Espinal et al. v. Police Officer O'Connor, et al.</u>, 25 Civ. 5089 (KPF). (ECF Nos. 14-15.) By Order dated January 2, 2026, the Court set a briefing schedule on Plaintiffs' motion, directing that Defendants state their position on the motion (including by filing any opposition) by January 16, 2026, and that, if Defendants oppose, Plaintiffs' reply, if any, be due January 23, 2026. (ECF No. 16.)

        Defendant respectfully requests a brief extension of the January 16, 2026 deadline to February 6, 2026 to permit undersigned counsel to evaluate whether to oppose Plaintiffs' motion to consolidate and to file any opposition, if any. If Defendant opposes consolidation, Defendant also requests that Plaintiffs' reply deadline be likewise extended from January 23, 2026 to February 13, 2026. (ECF No. 16.) This is Defendant's first request for an extension of time to respond to Plaintiffs' motion, and Plaintiffs consent. The requested extension is warranted because undersigned counsel was assigned yesterday evening to this case and to the related case Plaintiffs

seek to consolidate with it, and requires a brief period to review the records in both matters and determine the City's position on consolidation

       Defendant also respectfully requests that, to the extent any mediation scheduling or mediation-related deadlines are currently pending in this action, they be held in abeyance pending the Court's resolution of the consolidation motion. Consolidation (if granted) may affect the appropriate scope, parties, and logistics of ADR, and pausing mediation until the consolidation motion is decided would avoid inefficiency and duplication. Plaintiffs consent to this request.

       The Defendant thanks the Court for its time and consideration of this matter.

                   Respectfully submitted,

                   *John McLaughlin* /s/

                   John McLaughlin
                   Attorney for Defendant City of New
                     York
                   *Assistant Corporation Counsel*
                   New York City Law Department
                   100 Church Street
                   New York, NY 10007
                   (212) 356-2670
                   jmclaugh@law.nyc.gov

Cc:   **VIA ECF**
       *All counsel of record.*

GRANTED.

Defendants' deadline to respond to plaintiffs' motion to consolidate is extended to February 6, 2026.  If defendants oppose, plaintiffs' reply, if any, is due February 13, 2026.

SO ORDERED.

Date:  January 21, 2026
       New York, New York

                  PAUL A. ENGELMAYER
                  United States District Judge