UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- x

JUAN GABRIEL ALMONTE ESPINAL and ERICK ALMONTE ESPINAL,

                               Plaintiffs,

                -against-

MALE POLICE OFFICER 1, MALE POLICE OFFICER 2, FEMALE POLICE OFFICER 1, UNKNOWN POLICE OFFICERS 5 THROUGH 15, and THE CITY OF NEW YORK,

                               Defendants.

------------------------------------------------------------------------- x

**DECLARATION OF JOHN MCLAUGHLIN IN OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE 25-CV-4100 AND 25-CV-5089**

25 Civ. 4100 (PAE)

       **JOHN MCLAUGHLIN**, an attorney duly admitted to practice in the State of New York, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746, that the following is true and correct:

       1. I am an Assistant Corporation Counsel in the Office of Muriel Goode Trufant, Corporation Counsel of the City of New York, and the attorney assigned to defend the City of New York in this matter. As such, I am familiar with the facts and circumstances of this action. I make this declaration to place the relevant documents on the record in opposition to Plaintiffs' Motion to consolidate 25 Civ. 4100 and 25 Civ. 5089 pursuant to Rule 42 of the Federal Rules of Civil Procedure.

       2. Attached hereto as "Exhibit A" is a true and correct copy of the 50-H Hearing Transcript of Jhoan Alberto Marchena Gomez dated May 8, 2025, Claim # 2024P1031744, bearing Bates numbers DEF000164–211.

       3. Attached hereto as "Exhibit B" is a true and correct copy of Officer Satinderpal Singh's BWC footage from the July 6, 2024 incident at issue in the July Action,

titled "Axon_Body_3_Video_2024-07-06_2006-3," produced by Defendant in this action as Bates number DEF000355.[1]

4. Attached hereto as "Exhibit C" is a true and correct copy of Officer Jeselson's BWC footage from the July 6, 2024 incident at issue in the July Action, titled "Axon_Body_3_Video_2024-07-06_2006-5," produced by Defendant in this action as Bates number DEF000364.

5. Attached hereto as "Exhibit D" is a true and correct copy of the 50-H Hearing Transcript of Juan Adonis Almonte Espinal dated May 8, 2025, Claim # 2024P1031744, bearing Bates numbers DEF000164–211

6. Attached hereto as "Exhibit E" is a true and correct copy of Officer Darryl Perry's BWC footage from the July 6, 2024 incident at issue in the July Action, titled "Axon_Body_3_Video_2024-07-06_2006-4," produced by Defendant in this action as Bates number DEF000373.

7. Attached hereto as "Exhibit F" is a true and correct copy of Officer Darryl Perry's BWC footage from the July 6, 2024 incident at issue in the July Action, titled "Axon_Body_3_Video_2024-07-06_2006," produced by Defendant in this action as Bates number DEF000343.

8. Attached hereto as "Exhibit G" is a true and correct copy of Defendant City of New York's Initial Disclosures dated November 3, 2025 in *Almonte Espinal v. City of New York, et al.*, 25 Civ. 05089 (KPF) (the "July Action"). The disclosures identify body-worn

---

[1] The Court's Individual Rules do not appear to prescribe a particular method for submitting large video files outside ECF; accordingly, the City will provide the cited BWC video files via a secure Kiteworks link sent to Chambers at EngelmayerNYSDChambers@nysd.uscourts.gov. If the Court would prefer an alternative method for receipt or review of the video exhibits, the City will promptly comply with the Court's preference.

camera ("BWC") videos produced as Bates Nos. DEF000323-DEF000375, including multiple BWC activations for Officer Evan Jeselson at Bates Nos. DEF000332, DEF000336, DEF000346, DEF000363, DEF000364, and DEF000375.

9. Attached hereto as "Exhibit H" is a true and correct copy of an email from Senior Counsel Sandra A. Bober dated November 3, 2025 at 6:34 p.m., transmitting the Initial Disclosures—Exhibit G, *supra*—and advising that the disclosures, documents, and BWC videos were also sent via Kiteworks, a secure file-sharing platform.

10. Attached hereto as "Exhibit I" is a true and correct copy of an automated secure-file notification dated November 4, 2025 confirming that daguirre@glenngarber.com downloaded 52 files from the Kiteworks message (including two PDFs and 50 video files) on November 4, 2025 at 15:28:03 (GMT).

11. Attached hereto as "Exhibit J" is a true and correct copy of Officer Ryan Odea's BWC footage from the July 6, 2024 incident at issue in the July Action, titled "Axon_Body_3_Video_2024-07-06_2013-3," produced by Defendant in this action as Bates number DEF000323.

12. Attached hereto as "Exhibit K" is a true and correct copy of dashboard camera footage from the November 11, 2024 incident at issue in the November Action, titled "Axon_Fleet_3_Front_Camera_Video_2024-11-11_2019," produced by Defendant in this action as Bates number DEF000001.

13. Attached hereto as "Exhibit L" is a true and correct copy of Officer Lopez-Martinez's BWC footage from the November 11, 2024 incident at issue in the November Action, titled "DEF000011 - Axon_Body_3_Video_2024-11-11_2021 Lopez Martinez," produced by Defendant in this action as Bates number DEF000011.

14. Attached hereto as "Exhibit M" is a true and correct copy of Officer Jeselson's BWC footage from the November 11, 2024 incident at issue in the November Action, titled "DEF000008 - Axon_Body_3_Video_2024-11-11_2020 Jeselson," produced by Defendant in this action as Bates number DEF000008.

15. Attached hereto as "Exhibit N" is a true and correct copy of Officer Cruger's BWC footage from the November 11, 2024 incident at issue in the November Action, titled "DEF000003 - Axon_Body_3_Video_2024-11-11_2020 Cruger," produced by Defendant in this action as Bates number DEF000003.

Dated:     New York, New York
           February 6, 2026

                                        **MURIEL GOODE-TRUFANT**
Corporation Counsel of the City of New York
*Attorney for Defendant the City of New York*
100 Church Street
New York, New York 10007
(212) 356-2670


By:     /s/     *John McLaughlin*
        John McLaughlin
        *Assistant Corporation Counsel*


To:    **VIA ECF**
       *All counsel of record.*

25 Civ. 4100 (PAE)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUAN GABRIEL ALMONTE ESPINAL and ERICK ALMONTE ESPINAL,

                                          Plaintiffs,

      -against-

MALE POLICE OFFICER 1, MALE POLICE OFFICER 2, FEMALE POLICE OFFICER 1, UNKNOWN POLICE OFFICERS 5 THROUGH 15, and THE CITY OF NEW YORK,

                                          Defendants.

**DECLARATION OF JOHN MCLAUGHLIN IN OPPOSITION TO PLAINTIFFS' MOTION TO CONSOLIDATE 25-CV-4100 AND 25-CV-5089**

**MURIEL GOODE-TRUFANT**
Corporation Counsel of the City of New York
*Attorney for Defendant the City of New York*
100 Church Street
New York, New York 10007

Of Counsel: John McLaughlin
Tel: (212) 356-2670

*Due and timely service is hereby admitted.*

*New York, N.Y.  ..........................................., 2026*

*.....................................................................Esq.*

*Attorney for ...............................................................*