# Exhibit A

*July Incident*

*50-H Testimony of Jhoan Alberto Marchena Gomez*

# Claim:   2024PI031744

# JHOAN ALBERTO MARCHENA GOMEZ

DEF000164

**Page 1 of 1**

Attachments can contain viruses that may harm your computer. Attachments may not display correctly.

**GGARBER@GLENNGARBER.COM**

| | | | |
|---|---|---|---|
| **From:** | NYCComptrollerClaimSystem [DoNotReply@comptroller.nyc.gov] | **Sent:** | Tuesday 10/8/2024 2:54 PM |
| **To:** | GGARBER@GLENNGARBER.COM | | |
| **Cc:** | | | |
| **Subject:** | Claim receipt acknowledgment for claim number 2024PI031744 | | |
| **Attachments:** | AckLetterEmail.pdf | | |

Please find attached an acknowledgment letter for your claim.

***This email was sent from an unmonitored email account.  Please do not reply to this email.***

Sent from the New York City Office of the Comptroller. This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. This footnote also confirms that this email message has been swept for the presence of computer viruses.

***Please consider the environment before printing this email.***

DEF000165

www.comptroller.nyc.gov



**THE CITY OF NEW YORK**
**OFFICE OF THE COMPTROLLER**
**CLAIMS AND ADJUDICATIONS**
**1 CENTRE STREET  ROOM 1200**
**NEW YORK, N.Y.  10007-2341**

**Brad Lander**
**COMPTROLLER**

015 - 151

Date:        10/8/2024
Claim Number:  2024PI031744
RE:        Acknowledgment of Claim
Your Claim/Policy#:

JHOAN ALBERTO MARCHENA GOMEZ  c/o  GARBER & GARBER
255 BROADWAY
NEW YORK NY 10007
GGARBER@GLENNGARBER.COM

Dear Claimant:

  We acknowledge receipt of your claim, which has been assigned the claim number shown above. Please refer to this claim number in any correspondence or inquiry you may have with our office.

  We will do our best to investigate and, if possible, settle your claim. However, if we are unable to resolve your claim, **any lawsuit against the City must be started within one year and ninety days from the date of the occurrence.**

  If you have any questions regarding your claim, you may contact us at 212-669-4729 for claims involving personal injury.

  If you need to communicate in a language other than English, please let us know, and we will make translation services available to you.

Sincerely,

Bureau of Law & Adjustment

DEF000166

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202400144306**

**You uploaded:**
Claim Form: 1
Supporting Documents:0

10/4/2024 3:09 PM
Claimant Last Name:MARCHENA GOMEZ
Claimant First Name:JHOAN ALBERTO

DEF000167



**New York City Comptroller**
**Brad Lander**

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

Form Version:    NYC-COMPT-BLA-PI1-E

# Personal Injury Claim Form

Electronically filed claims must be filed within 90 days of the occurrence using the Office of the NYC Comptroller's website. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

**I am filing:**  ○ On behalf of myself.

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

Last Name: |
First Name: |
Relationship to the claimant: |

## Claimant Information

| | |
|---|---|
| *Last Name: | MARCHENA GOMEZ |
| *First Name: | JHOAN ALBERTO |
| *Address: | 544 ACADEMY STREET |
| Address 2: | APT 29A |
| *City: | NEW YORK |
| *State: | NEW YORK |
| *Zip Code: | 10034 |
| *Country: | USA |
| Date of Birth: | *Format: MM/DD/YYYY* |
| Soc. Sec. # | |
| HICN: (Medicare #) | |
| Date of Death: | *Format: MM/DD/YYYY* |
| Phone: | |
| *Email Address: | GGARBER@GLENNGARBER.COM |
| *Retype Email Address: | GGARBER@GLENNGARBER.COM |
| Occupation: | |

City Employee?  ○ Yes  ○ No  ○ NA
Gender  ○ Male  ○ Female  ○ Other

○ Attorney is filing.

### Attorney Information (If claimant is represented by attorney)

| | |
|---|---|
| +Firm or Last Name: | GARBER |
| +Firm or First Name: | GLENN |
| +Address: | 233 BROADWAY |
| Address 2: | SUITE 2370 |
| +City: | NEW YORK |
| +State: | NEW YORK |
| +Zip Code: | 10279 |
| Tax ID: | |
| Phone #: | (212) 965-9370 |
| +Email Address: | GGARBER@GLENNGARBER.COM |
| +Retype Email Address: | GGARBER@GLENNGARBER.COM |

### The time and place where the claim arose

| | |
|---|---|
| *Date of Incident: | 07/06/2024  *Format: MM/DD/YYYY* |
| Time of Incident: | *Format: HH:MM AM/PM* |
| *Location of Incident: | INTERSECTION OF GRAND CONCOURSE, VALENTINE AVE & 198TH STREET, IN THE BRONX |
| Address: | |
| Address 2: | |
| City: | |
| *State: | NEW YORK |
| Borough: | BRONX |

***Denotes required fields.**
**+Denotes field that is required if attorney is filing.**
**A Claimant OR an Attorney Email Address is required.**

DEF000168



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**\*Manner in which claim arose:**

THE CLAIMS AROSE ON OR ABOUT BETWEEN 8PM ON JULY 6, 2024 AND 2 AM ON JULY 7, 2024, AND THEREAFTER, AT OR AROUND 198 GRAND CONCOURSE AND VALENTINE AVENE, BRONX, NEW YORK, WHEN MULTIPLE NEW YORK CITY POLICE DEPARTMENT ("NYPD") MEMBERS, INTER ALIA, UNLAWFULLY ASSAULTED, SEIZED, BATTERED, AND FALSELY ARRESTED CLAIMANTS, EMPLOYING UNREASONABLE AND EXCESSIVE FORCE, IN VIOLATION OF CLAIMANTS' RIGHTS.

THE EXACT NAMES AND IDENTITIES OF THE OFFICERS RESPONSIBLE ARE NOT CURRENTLY KNOWN, EXCEPT FOR THE FOLLOWING: OFFICER O'CONNOR, TAX ID. NO. 961018, JESELSOM, TAX ID. NO. 97112, AND SGT. PENA, OF THE 52 PRECINCT. THE SPELLING OF THE OFFICERS' NAMES AND THEIR TAX IDS ARE SUBJECT TO REVISION.

NYPD OFFICERS NAMED AND UNNAMED (HEREINAFTER NYPD OFFICERS OR OFFICERS) APPROACHED CLAIMANTS JUAN ADONIS ALMONTE ESPINAL, ERIK MANUEL ALMONTE ESPINAL, AND JHOAN ALBERTO MARCHENA ON THE STREET AND DETAINED, HARASSED AND ARRESTED THEM FOR NO APPARENT REASON. THE NYPD OFFICERS DID NOT HAVE PROBABLE CAUSE, LAWFUL JUSTIFICATION, OR CONSENT FOR THE APPROACH, DETENTION OR ARREST. THE NYPD OFFICERS ASSAULTED THESE CLAIMANTS AND USED UNREASONABLE AND EXCESSIVE PHYSICAL FORCE AGAINST THEM.

DURING THE ARREST OF THE ABOVE-NAMED CLAIMANTS, CLAIMANTS ALISHA EMELY RODRIGUEZ, JUAN RAMON ALMONTE, ANA MARIA ESPINAL, ANA MIRANDA ALMONTE ESPINAL, AND JUAN FRAILYN ALMONTE ESPINAL CAME TO THE SCENE AND INQUIRED OF THE POLICE ABOUT WHAT WAS HAPPENING. WITHOUT PROBABLE CAUSE, LAWFUL JUSTIFICATION, OR CONSENT CLAIMANTS JUAN RAMONE ALMONTE, ANA MIRANDA ALMONTE ESPINAL, AND JUAN FRAILYN ALMONTE ESPINAL WERE ALSO ARRESTED BY NYPD OFFICERS. THE NYPD OFFICERS ASSAULTED THESE CLAIMANTS AND USED UNREASONABLE AND EXCESSIVE PHYSICAL FORCE AGAINST THEM.

CLAIMANTS JUAN ADONIS ALMONTE ESPINAL, ERIK MANUEL ALMONTE ESPINAL, JHOAN ALBERTO MARCHENA, JUAN RAMON ALMONTE, ANA MIRANDA ALMONTE ESPINAL, AND JUAN FRAILYN ALMONTE ESPINAL WERE TAKEN TO THE 52ND POLICE PRECINCT, HELD FOR HOURS, DENIED MEDICAL CARE, AND FALSELY CHARGED WITH CRIMES. THESE CLAIMANTS APPEARED IN COURT AND THE CHARGES WERE LATER DISMISSED.

BASED UPON THE ABOVE EXPERIENCES, CLAIMANTS MAKES CLAIMS FOR, INTER ALIA: FALSE IMPRISONMENT; FALSE ARREST; EXCESSIVE DETENTION; ASSAULT; BATTERY; EXCESSIVE FORCE; FALSE ARREST; ABUSE OF PROCESS; TRESPASS ON THE PERSON; TRESPASS TO CHATTELS; CONVERSION; WILLFUL DESTRUCTION OF PROPERTY; MALICIOUS PROSECUTION; MALICIOUS AND RETALIATORY PROSECUTION; INTENTIONAL AND RECKLESS INFLICTION OF EMOTIONAL DISTRESS; NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS; NEGLIGENCE; NEGLIGENT HIRING, SCREENING, RETENTION, SUPERVISION, AND/OR TRAINING; DEFAMATION; DENIAL OF RIGHTS TO COMMUNICATE BY PHONE WHILE IN CUSTODY, INCLUDING UNDER NEW YORK CITY ADMINISTRATIVE CODE §§ 8-801 THROUGH 8-807 (THE RIGHT OF SECURITY AGAINST UNREASONABLE SEARCH AND SEIZURE AND AGAINST EXCESSIVE FORCE REGARDLESS OF WHETHER SUCH FORCE IS USED IN CONNECTION WITH A SEARCH OR SEIZURE); NEW YORK CRIMINAL PROCEDURE LAW § 140.20(7); VIOLATION(S) OF NEW YORK CRIMINAL PROCEDURE LAW §§ 150.20 AND 150.75; VIOLATION(S) OF CLAIMANT'S RIGHTS PURSUANT TO THE CONSTITUTION OF THE STATE OF NEW YORK, INCLUDING, BUT NOT LIMITED TO, ARTICLE I, SECTIONS 6 (DUE PROCESS AND RIGHT TO COUNSEL), 8 (FREEDOM OF SPEECH AND PRESS), 9 (RIGHT TO ASSEMBLE AND PETITION), 11 (EQUAL PROTECTION), AND/OR 12 (UNLAWFUL SEARCH AND SEIZURE) THEREOF; DENIAL OR DELAY OF MEDICAL CARE AND/OR MEDICATION (INCLUDING IN VIOLATION OF NEW YORK CIVIL RIGHTS LAW SECTION 28); VIOLATION(S) OF NEW YORK CRIMINAL PROCEDURE LAW §§ 160.50 AND 160.55; BIAS-BASED PROFILING AND/OR UNLAWFUL DISCRIMINATORY PRACTICES IN VIOLATION OF THE NEW YORK CITY COMMUNITY SAFETY ACT OF 2013 (LOCAL LAW 71); VIOLATION(S) OF THE NEW YORK STATE HUMAN RIGHTS LAW; VIOLATION(S) OF THE NEW YORK CITY HUMAN RIGHTS LAW; AND/OR VIOLATION(S) OF THE NEW YORK STATE CIVIL RIGHTS LAW.

CLAIMANTS MAKE THE CLAIMS AGAINST THE CITY OF NEW YORK BASED ON A RESPONDEAT SUPERIOR THEORY OF LIABILITY, AS WELL AS AGAINST THE INDIVIDUAL NYPD MEMBERS WHO WERE INVOLVED IN VIOLATING, AND WHO FAILED TO INTERVENE TO PREVENT THE VIOLATIONS OF, CLAIMANTS' RIGHTS.

---

*\* Denotes required field.*



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

**The items of damage or injuries claimed are (include dollar amounts):**

AS DESCRIBED ABOVE, CLAIMANTS SUSTAINED INJURIES TO THEIR PHYSICAL AND EMOTIONAL WELL-BEING, AS WELL AS VIOLATIONS OF THEIR CONSTITUTIONAL, COMMON LAW, AND STATUTORY RIGHTS. CLAIMANTS ANA MIRANDA ALMONTE ESPINAL, JUAN FRAILYN ALMONTE ESPINAL, ERIK MANUEL ALMONTE ESPINAL AND ALISH EMELY RODRIGUEZ WERE TREATED AT THE HOSPITAL FOR VARIOUS PHYSICAL INJURIES FROM BEING BEATEN AND MISTREATED BY THE OFFICERS.

CLAIMANTS ALLEGE THE FOLLOWING DAMAGES, AMONG OTHERS: COMPENSATORY DAMAGES FOR PAST AND/OR FUTURE EMOTIONAL AND PHYSICAL PAIN AND SUFFERING; COMPENSATORY DAMAGES FOR UNLAWFUL PHYSICAL RESTRAINT AND IMPRISONMENT; COMPENSATORY DAMAGES FOR VIOLATION(S) OF CLAIMANTS´ CONSTITUTIONAL RIGHTS; COMPENSATORY DAMAGES FOR LOSS OF PAST AND/OR FUTURE INCOME; COMPENSATORY DAMAGES FOR PAST AND/OR FUTURE MEDICAL EXPENSES; COMPENSATORY DAMAGES FOR OTHER ECONOMIC DAMAGES; DIVERSE GENERAL AND SPECIAL DAMAGES; ALL IN AMOUNTS OF FIVE MILLION DOLLARS PER CLAIMANT; AND  PUNITIVE DAMAGES; AND/OR COMPENSATORY AND/OR PUNITIVE DAMAGES OTHERWISE DETERMINED BY A JURY.

CLAIMANTS ALSO DEMANDS THAT THE CITY OF NEW YORK, THE NYPD, AND THEIR EMPLOYEES, AGENTS, AND REPRESENTATIVES TAKE IMMEDIATE STEPS TO PRESERVE ALL DOCUMENTS, ELECTRONICALLY STORED INFORMATION (INCLUDING BUT NOT LIMITED TO ALL VIDEO FOOTAGE AND AUDIO RECORDINGS RELEVANT TO THE CLAIM, AND ALL METADATA ASSOCIATED THEREWITH), AND TANGIBLE THINGS RELEVANT TO THE CLAIMS OR DEFENSES RELATING TO THIS MATTER. CLAIMANTS DEMAND THAT THE CITY OF NEW YORK, THE NYPD, AND THEIR EMPLOYEES, AGENTS, AND REPRESENTATIVES PRESERVE EVIDENCE OR MATERIALS EXTENDS TO ALL DOCUMENTS, ELECTRONICALLY STORED INFORMATION OR OTHER TANGIBLE THINGS IN ANY FORM WHATSOEVER, INCLUDING, WITHOUT LIMITATION, WRITINGS, AUTHORIZATIONS, INSPECTIONS, NOTES, DRAFTS, PLANS, DRAWINGS, CHARTS, PHOTOGRAPHS, SOUND RECORDINGS, VIDEO RECORDINGS, IMAGES, EMAILS, INSTANT MESSAGES, VOICEMAILS, TEXT MESSAGES, COMPUTER FILES, FLASH DRIVES, HARD DRIVES, AND OTHER DATA OR DATA COMPILATIONS STORED IN ANY MEDIUM FROM WHICH INFORMATION CAN BE OBTAINED THAT ARE IN THE CITY OF NEW YORK´S OR THE NYPD´S POSSESSION, CUSTODY, OR CONTROL, OR IN THE POSSESSION, CUSTODY, OR CONTROL OF OTHERS UNDER THE CITY OF NEW YORK´S OR THE NYPD´S CONTROL OR AUTHORITY, INCLUDING THEIR AGENTS, MEMBERS, AND SERVANTS. THE DEMAND ALSO INCLUDES ANY RECORDS OF, AND RECORDS CONCERNING, E-MAIL, PHONE CALLS, SOCIAL MEDIA POSTINGS, AND TEXT MESSAGES.

CLAIMANTS PRESENT THE CLAIMS FOR ADJUSTMENT AND PAYMENT.  YOU ARE HEREBY NOTIFIED THAT UNLESS IT IS ADJUSTED AND PAID WITHIN THE TIME PROVIDED BY LAW FROM THE DATE OF THE PRESENTATION TO YOU, CLAIMANTS INTEND TO COMMENCE AN ACTION ON THE CLAIMS

DEF000170



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

## Medical Information

1st Treatment Date: [ ]  *Format: MM/DD/YYYY*

Hospital/Name: [ ]

Address: [ ]

Address 2: [ ]

City: [ ]

State: [ ]

Zip Code: [ ]

Date Treated in Emergency Room: [ ]  *Format: MM/DD/YYYY*

Was claimant taken to hospital by an ambulance?  ○ Yes  ○ No  ○ NA

## Employment Information (If claiming lost wages)

Employer's Name: [ ]

Address [ ]

Address 2: [ ]

City: [ ]

State: [ ]

Zip Code: [ ]

Work Days Lost: [ ]

Amount Earned Weekly: [ ]

## Treating Physician Information

Last Name: [ ]

First Name: [ ]

Address: [ ]

Address 2: [ ]

City: [ ]

State: [ ]

Zip Code: [ ]

## Witness 1 Information

Last Name: [ ]

First Name: [ ]

Address [ ]

Address 2: [ ]

City: [ ]

State: [ ]

Zip Code: [ ]  Phone: [ ]

## Witness 2 Information

Last Name: [ ]

First Name: [ ]

Address [ ]

Address 2: [ ]

City: [ ]

State: [ ]

Zip Code: [ ]  Phone: [ ]

## Witness 3 Information

Last Name: [ ]

First Name: [ ]

Address [ ]

Address 2: [ ]

City: [ ]

State: [ ]

Zip Code: [ ]  Phone: [ ]

## Witness 4 Information

Last Name: [ ]

First Name: [ ]

Address [ ]

Address 2: [ ]

City: [ ]

State: [ ]

Zip Code: [ ]  Phone: [ ]

DEF000171



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

**Non-City vehicle driver**

Last Name:

First Name:

Address

Address 2:

City:

State:

Zip Code:

**Insurance Information**

Insurance Company Name:

Address

Address 2:

City:

State:

Zip Code:

Policy #:

Phone #:

**Non-City vehicle information**

Make, Model, Year of Vehicle:

Plate #:

VIN #:

**City vehicle information**

Plate #:

City Driver Last Name:

City Driver First Name:

**Description of claimant:**

○ Driver     ○ Passenger
○ Pedestrian   ○ Bicyclist
○ Motorcyclist  ○ Other

**Total Amount Claimed:**   $5,000,000.00    *Format: Do not include "$" or ",".*

*The **Total Amount Claimed** can only be entered once the following required fields are entered:*

*Claimant Last Name*
*Claimant First Name*
*Claimant Address,City,State,Zip Code, and Country*
*Claimant Email or Attorney Email*
*Date of Incident*
*Location of Incident (including State)*
*Manner in which claim arose*

*If attorney is filing, the following fields are also required:*
*Attorney Last Name, First Name, Address, City, State, Zip Code, Email*

*I certify that all information contained in this notice is true and correct to the best of my knowledge and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties and civil liabilities.*

DEF000172

# eCLAIM Receipt

You have successfully filed your claim.

By successfully filing your claim, you have certified that all information provided is true and correct to the best of your knowledge and belief. You also understand that the willful making of any false statement of material fact herein may subject you to criminal penalties and civil liabilities.

Please allow up to 30 days to receive an email acknowledging your claim.

If you have any questions please contact 212-669-4729.

Your Receipt Number is the following:

**202400144306**

**You uploaded:**
Claim Form: 1
Supporting Documents:0

10/4/2024 3:09 PM
Claimant Last Name:MARCHENA GOMEZ
Claimant First Name:JHOAN ALBERTO

DEF000173



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

Form Version:    NYC-COMPT-BLA-PI1-E

# Personal Injury Claim Form

Electronically filed claims must be filed within 90 days of the occurrence using the Office of the NYC Comptroller's website. If the claim is not resolved within one (1) year and 90 days of the occurrence, you must start a separate legal action in a court of law before the expiration of this time period to preserve your rights.

**I am filing:**
○ On behalf of myself.

○ On behalf of someone else. If on someone else's behalf, please provide the following information.

Last Name:

First Name:

Relationship to the claimant:

## Claimant Information

*Last Name: MARCHENA GOMEZ

*First Name: JHOAN ALBERTO

*Address: 544 ACADEMY STREET

Address 2: APT 29A

*City: NEW YORK

*State: NEW YORK

*Zip Code: 10034

*Country: USA

Date of Birth: *Format: MM/DD/YYYY*

Soc. Sec. #

HICN: (Medicare #)

Date of Death: *Format: MM/DD/YYYY*

Phone:

*Email Address: GGARBER@GLENNGARBER.COM

*Retype Email Address: GGARBER@GLENNGARBER.COM

Occupation:

City Employee? ○ Yes  ○ No  ○ NA

Gender ○ Male  ○ Female  ○ Other

○ Attorney is filing.

**Attorney Information (If claimant is represented by attorney)**

+Firm or Last Name: GARBER

+Firm or First Name: GLENN

+Address: 233 BROADWAY

Address 2: SUITE 2370

+City: NEW YORK

+State: NEW YORK

+Zip Code: 10279

Tax ID:

Phone #: (212) 965-9370

+Email Address: GGARBER@GLENNGARBER.COM

+Retype Email Address: GGARBER@GLENNGARBER.COM

### The time and place where the claim arose

*Date of Incident: 07/06/2024  *Format: MM/DD/YYYY*

Time of Incident: *Format: HH:MM AM/PM*

*Location of Incident: INTERSECTION OF GRAND CONCOURSE, VALENTINE AVE & 198TH STREET, IN THE BRONX

Address:

Address 2:

City:

*State: NEW YORK

Borough: BRONX

**\* Denotes required fields.**
**+Denotes field that is required if attorney is filing.**
**A Claimant OR an Attorney Email Address is required.**

DEF000174



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**\*Manner in which claim arose:**

THE CLAIMS AROSE ON OR ABOUT BETWEEN 8PM ON JULY 6, 2024 AND 2 AM ON JULY 7, 2024, AND THEREAFTER, AT OR AROUND 198 GRAND CONCOURSE AND VALENTINE AVENE, BRONX, NEW YORK, WHEN MULTIPLE NEW YORK CITY POLICE DEPARTMENT ("NYPD,) MEMBERS, INTER ALIA, UNLAWFULLY ASSAULTED, SEIZED, BATTERED, AND FALSELY ARRESTED CLAIMANTS, EMPLOYING UNREASONABLE AND EXCESSIVE FORCE, IN VIOLATION OF CLAIMANTS" RIGHTS.

THE EXACT NAMES AND IDENTITIES OF THE OFFICERS RESPONSIBLE ARE NOT CURRENTLY KNOWN, EXCEPT FOR THE FOLLOWING: OFFICER O´CONNOR, TAX ID. NO. 961018, JESELSOM, TAX ID. NO. 97112, AND SGT. PENA, OF THE 52 PRECINCT. THE SPELLING OF THE OFFICERS" NAMES AND THEIR TAX IDS ARE SUBJECT TO REVISION.

NYPD OFFICERS NAMED AND UNNAMED (HEREINAFTER NYPD OFFICERS OR OFFICERS) APPROACHED CLAIMANTS JUAN ADONIS ALMONTE ESPINAL, ERIK MANUEL ALMONTE ESPINAL, AND JHOAN ALBERTO MARCHENA ON THE STREET AND DETAINED, HARASSED AND ARRESTED THEM FOR NO APPARENT REASON. THE NYPD OFFICERS DID NOT HAVE PROBABLE CAUSE, LAWFUL JUSTIFICATION, OR CONSENT FOR THE APPROACH, DETENTION OR ARREST. THE NYPD OFFICERS ASSAULTED THESE CLAIMANTS AND USED UNREASONABLE AND EXCESSIVE PHYSICAL FORCE AGAINST THEM.

DURING THE ARREST OF THE ABOVE-NAMED CLAIMANTS, CLAIMANTS ALISHA EMELY RODRIGUEZ, JUAN RAMON ALMONTE, ANA MARIA ESPINAL, ANA MIRANDA ALMONTE ESPINAL, AND JUAN FRAILYN ALMONTE ESPINAL CAME TO THE SCENE AND INQUIRED OF THE POLICE ABOUT WHAT WAS HAPPENING. WITHOUT PROBABLE CAUSE, LAWFUL JUSTIFICATION, OR CONSENT CLAIMANTS JUAN RAMONE ALMONTE, ANA MIRANDA ALMONTE ESPINAL, AND JUAN FRAILYN ALMONTE ESPINAL WERE ALSO ARRESTED BY NYPD OFFICERS. THE NYPD OFFICERS ASSAULTED THESE CLAIMANTS AND USED UNREASONABLE AND EXCESSIVE PHYSICAL FORCE AGAINST THEM.

CLAIMANTS JUAN ADONIS ALMONTE ESPINAL, ERIK MANUEL ALMONTE ESPINAL, JHOAN ALBERTO MARCHENA, JUAN RAMON ALMONTE, ANA MIRANDA ALMONTE ESPINAL, AND JUAN FRAILYN ALMONTE ESPINAL WERE TAKEN TO THE 52ND POLICE PRECINCT, HELD FOR HOURS, DENIED MEDICAL CARE, AND FALSELY CHARGED WITH CRIMES. THESE CLAIMANTS APPEARED IN COURT AND THE CHARGES WERE LATER DISMISSED.

BASED UPON THE ABOVE EXPERIENCES, CLAIMANTS MAKES CLAIMS FOR, INTER ALIA: FALSE IMPRISONMENT; FALSE ARREST; EXCESSIVE DETENTION; ASSAULT; BATTERY; EXCESSIVE FORCE; FALSE ARREST; ABUSE OF PROCESS; TRESPASS ON THE PERSON; TRESPASS TO CHATTELS; CONVERSION; WILLFUL DESTRUCTION OF PROPERTY; MALICIOUS PROSECUTION; MALICIOUS AND RETALIATORY PROSECUTION; INTENTIONAL AND RECKLESS INFLICTION OF EMOTIONAL DISTRESS; NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS; NEGLIGENCE; NEGLIGENT HIRING, SCREENING, RETENTION, SUPERVISION, AND/OR TRAINING; DEFAMATION; DENIAL OF RIGHTS TO COMMUNICATE BY PHONE WHILE IN CUSTODY, INCLUDING UNDER NEW YORK CITY ADMINISTRATIVE CODE §§ 8-801 THROUGH 8-807 (THE RIGHT OF SECURITY AGAINST UNREASONABLE SEARCH AND SEIZURE AND AGAINST EXCESSIVE FORCE REGARDLESS OF WHETHER SUCH FORCE IS USED IN CONNECTION WITH A SEARCH OR SEIZURE); NEW YORK CRIMINAL PROCEDURE LAW § 140.20(7); VIOLATION(S) OF NEW YORK CRIMINAL PROCEDURE LAW §§ 150.20 AND 150.75; VIOLATION(S) OF CLAIMANT´S RIGHTS PURSUANT TO THE CONSTITUTION OF THE STATE OF NEW YORK, INCLUDING, BUT NOT LIMITED TO, ARTICLE I, SECTIONS 6 (DUE PROCESS AND RIGHT TO COUNSEL), 8 (FREEDOM OF SPEECH AND PRESS), 9 (RIGHT TO ASSEMBLE AND PETITION), 11 (EQUAL PROTECTION), AND/OR 12 (UNLAWFUL SEARCH AND SEIZURE) THEREOF; DENIAL OR DELAY OF MEDICAL CARE AND/OR MEDICATION (INCLUDING IN VIOLATION OF NEW YORK CIVIL RIGHTS LAW SECTION 28); VIOLATION(S) OF NEW YORK CRIMINAL PROCEDURE LAW §§ 160.50 AND 160.55; BIAS-BASED PROFILING AND/OR DISCRIMINATORY PRACTICES IN VIOLATION OF THE NEW YORK CITY COMMUNITY SAFETY ACT OF 2013 (LOCAL LAW 71); VIOLATION (S) OF THE NEW YORK STATE HUMAN RIGHTS LAW; VIOLATION(S) OF THE NEW YORK CITY HUMAN RIGHTS LAW; AND/OR VIOLATION(S) OF THE NEW YORK STATE CIVIL RIGHTS LAW.

CLAIMANTS MAKE THE CLAIMS AGAINST THE CITY OF NEW YORK BASED ON A RESPONDEAT SUPERIOR THEORY OF LIABILITY, AS WELL AS AGAINST THE INDIVIDUAL NYPD MEMBERS WHO WERE INVOLVED IN VIOLATING, AND WHO FAILED TO INTERVENE TO PREVENT THE VIOLATIONS OF, CLAIMANTS" RIGHTS.



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**The items of damage or injuries claimed are (include dollar amounts):**

AS DESCRIBED ABOVE, CLAIMANTS SUSTAINED INJURIES TO THEIR PHYSICAL AND EMOTIONAL WELL-BEING, AS WELL AS VIOLATIONS OF THEIR CONSTITUTIONAL, COMMON LAW, AND STATUTORY RIGHTS. CLAIMANTS ANA MIRANDA ALMONTE ESPINAL, JUAN FRAILYN ALMONTE ESPINAL, ERIK MANUEL ALMONTE ESPINAL AND ALISH EMELY RODRIGUEZ WERE TREATED AT THE HOSPITAL FOR VARIOUS PHYSICAL INJURIES FROM BEING BEATEN AND MISTREATED BY THE OFFICERS.

CLAIMANTS ALLEGE THE FOLLOWING DAMAGES, AMONG OTHERS: COMPENSATORY DAMAGES FOR PAST AND/OR FUTURE EMOTIONAL AND PHYSICAL PAIN AND SUFFERING; COMPENSATORY DAMAGES FOR UNLAWFUL PHYSICAL RESTRAINT AND IMPRISONMENT; COMPENSATORY DAMAGES FOR VIOLATION(S) OF CLAIMANTS´ CONSTITUTIONAL RIGHTS; COMPENSATORY DAMAGES FOR LOSS OF PAST AND/OR FUTURE INCOME; COMPENSATORY DAMAGES FOR PAST AND/OR FUTURE MEDICAL EXPENSES; COMPENSATORY DAMAGES FOR OTHER ECONOMIC DAMAGES; DIVERSE GENERAL AND SPECIAL DAMAGES; ALL IN AMOUNTS OF FIVE MILLION DOLLARS PER CLAIMANT; AND PUNITIVE DAMAGES; AND/OR COMPENSATORY AND/OR PUNITIVE DAMAGES OTHERWISE DETERMINED BY A JURY.

CLAIMANTS ALSO DEMANDS THAT THE CITY OF NEW YORK, THE NYPD, AND THEIR EMPLOYEES, AGENTS, AND REPRESENTATIVES TAKE IMMEDIATE STEPS TO PRESERVE ALL DOCUMENTS, ELECTRONICALLY STORED INFORMATION (INCLUDING BUT NOT LIMITED TO ALL VIDEO FOOTAGE AND AUDIO RECORDINGS RELEVANT TO THE CLAIM, AND ALL METADATA ASSOCIATED THEREWITH), AND TANGIBLE THINGS RELEVANT TO THE CLAIMS OR DEFENSES RELATING TO THIS MATTER. CLAIMANTS DEMAND THAT THE CITY OF NEW YORK, THE NYPD, AND THEIR EMPLOYEES, AGENTS, AND REPRESENTATIVES PRESERVE EVIDENCE OR MATERIALS EXTENDS TO ALL DOCUMENTS, ELECTRONICALLY STORED INFORMATION OR OTHER TANGIBLE THINGS IN ANY FORM WHATSOEVER, INCLUDING, WITHOUT LIMITATION, WRITINGS, AUTHORIZATIONS, INSPECTIONS, NOTES, DRAFTS, PLANS, DRAWINGS, CHARTS, PHOTOGRAPHS, SOUND RECORDINGS, VIDEO RECORDINGS, IMAGES, EMAILS, INSTANT MESSAGES, VOICEMAILS, TEXT MESSAGES, COMPUTER FILES, FLASH DRIVES, HARD DRIVES, AND OTHER DATA OR DATA COMPILATIONS STORED IN ANY MEDIUM FROM WHICH INFORMATION CAN BE OBTAINED THAT ARE IN THE CITY OF NEW YORK´S OR THE NYPD´S POSSESSION, CUSTODY, OR CONTROL, OR IN THE POSSESSION, CUSTODY, OR CONTROL OF OTHERS UNDER THE CITY OF NEW YORK´S OR THE NYPD´S CONTROL OR AUTHORITY, INCLUDING THEIR AGENTS, MEMBERS, AND SERVANTS. THE DEMAND ALSO INCLUDES ANY RECORDS OF, AND RECORDS CONCERNING, E-MAIL, PHONE CALLS, SOCIAL MEDIA POSTINGS, AND TEXT MESSAGES.

CLAIMANTS PRESENT THE CLAIMS FOR ADJUSTMENT AND PAYMENT. YOU ARE HEREBY NOTIFIED THAT UNLESS IT IS ADJUSTED AND PAID WITHIN THE TIME PROVIDED BY LAW FROM THE DATE OF THE PRESENTATION TO YOU, CLAIMANTS INTEND TO COMMENCE AN ACTION ON THE CLAIMS



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY  10007

**Medical Information**

| | |
|---|---|
| 1st Treatment Date: | *Format: MM/DD/YYYY* |
| Hospital/Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Date Treated in Emergency Room: | *Format: MM/DD/YYYY* |

Was claimant taken to hospital by an ambulance?  ◯ Yes  ◯ No  ◯ NA

**Employment Information (If claiming lost wages)**

| | |
|---|---|
| Employer's Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Work Days Lost: | |
| Amount Earned Weekly: | |

**Treating Physician Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address: | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Witness 1 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

**Witness 2 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

**Witness 3 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

**Witness 4 Information**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | Phone: |

DEF000177



New York City Comptroller
Brad Lander

Office of the New York City Comptroller
1 Centre Street
New York, NY 10007

**Complete if claim involves a NYC vehicle**

**Owner of vehicle claimant was traveling in**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Non-City vehicle driver**

| | |
|---|---|
| Last Name: | |
| First Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |

**Insurance Information**

| | |
|---|---|
| Insurance Company Name: | |
| Address | |
| Address 2: | |
| City: | |
| State: | |
| Zip Code: | |
| Policy #: | |
| Phone #: | |

**Non-City vehicle information**

| | |
|---|---|
| Make, Model, Year of Vehicle: | |
| Plate #: | |
| VIN #: | |

**City vehicle information**

| | |
|---|---|
| Plate #: | |

| | |
|---|---|
| City Driver Last Name: | |
| City Driver First Name: | |

**Description of claimant:**

○ Driver   ○ Passenger
○ Pedestrian   ○ Bicyclist
○ Motorcyclist   ○ Other

**Total Amount Claimed:** $5,000,000.00    *Format: Do not include "$" or ",".*

*The **Total Amount Claimed** can only be entered once the following required fields are entered:*

*Claimant Last Name*
*Claimant First Name*
*Claimant Address,City,State,Zip Code, and Country*
*Claimant Email or Attorney Email*
*Date of Incident*
*Location of Incident (including State)*
*Manner in which claim arose*

*If attorney is filing, the following fields are also required:*
*Attorney Last Name, First Name, Address, City, State, Zip Code, Email*

*I certify that all information contained in this notice is true and correct to the best of my knowledge and belief. I understand that the willful making of any false statement of material fact herein will subject me to criminal penalties and civil liabilities.*

DEF000178

50-H HEARING

- - - - - - - - - - - - - - - - - - - - - - - x

In the Matter of the Claim of

JHOAN ALBERTO MARCHENA GOMEZ,

     -against-

THE CITY OF NEW YORK.

- - - - - - - - - - - - - - - - - - - - - - - x

BLA#: 2024PI031744

                VIDEO CONFERENCE
                Conducted by:
                LEX REPORTING SERVICE
                160 Broadway
                New York, New York

                May 8, 2025
                11:15 a.m.

      **EXAMINATION** of **JHOAN ALBERTO MARCHENA**

**GOMEZ**, held at the above time and place,

pursuant to Notice, taken before Julie Fahrer,

a Stenographic Reporter and Notary Public

within and for the State of New York.



                     LEX #204831

DEF000179

2

```
 1
 2   A p p e a r a n c e s :
 3
 4        GLENN GARBER, ESQ.
                Attorneys for Claimant
 5             233 Broadway - Suite 2370
               New York, New York 10279
 6        BY:  ALEX GARBER, ESQ.
               Email#GGARBER@GLENNGARBER.COM
 7
 8
 9
          LEWIS BRISBOIS BISGAARD & SMITH, LLP
10             Attorney for Respondent
               77 Water Street - Suite 2100
11             New York, New York 10005
          BY:  SHAWN CHOUDHURY, ESQ.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

LEX REPORTING SERVICE
800-608-6085

DEF000180

3

THE REPORTER:  The claimant
and his or her attorney may not
record this hearing in any manner.
Please confirm that you will not
record or photograph the proceeding
or participants.

MR. GARBER:  Confirmed.

THE WITNESS:  Confirmed.

THE REPORTER:  This hearing is
being conducted via video
conferencing.  All parties present
are appearing remotely and are
confirming that they can hear and
see through the video without any
technical issues.  Would counsel
and the witness please confirm.

MR. GARBER:  Confirm.

MR. CHOUDHURY:  Confirm.

THE WITNESS:  Confirm.

THE REPORTER:  Before I swear
in the witness, I will ask counsel
to stipulate on the record that due
to the national pandemic the court
reporter may swear in the deponent

DEF000181

4

1

2          even though they are not in the

3          physical presence of the deponent

4          and that there is no objection to

5          that at this time, nor will there

6          by an objection to it at a future

7          date.

8               MR. CHOUDHURY:  Agreed.

9               MR. GARBER:  Agreed.

10              THE REPORTER:  And, Counsel,

11         can you represent that to the best

12         of your knowledge and belief, the

13         witness appearing today via

14         video conference is indeed Jhoan

15         Alberto Marchena Gomez?

16              MR. GARBER:  Yes.

17  J H O A N   A L B E R T O   M A R C H E N A

18  G O M E Z, the witness herein, having first

19         been duly sworn by a Notary Public of

20         the State of New York, was examined

21         and testified as follows:

22  EXAMINATION BY

23  MR. CHOUDHURY:

24       Q    State your full name for the

25     record, please.

DEF000182

| | | |
|---|---|---|
| 1 | J. Alberto Marchena Gomez | 5 |

2     A     Jhoan Alberto Marchena Gomez.

3     Q     State your current address for

4 the record, please.

5     A     544 Academy Street, apartment

6 29E, New York, New York 10034.

7     Q     Good morning, Mr. Gomez.  My

8 name is Sean Choudhury.  I'm going to be

9 asking you a few questions regarding an

10 incident that happened last year.  Okay?

11     A     Okay.

12     Q     If you don't understand any of

13 my questions, let me know and I will be

14 happy to rephrase it for you.  Okay?

15     A     Okay, I got you, thank you.

16     Q     Mr. Gomez, I would also ask that

17 you keep all your answers verbal.  The

18 court reporter can't take down a head nod

19 or anything like that.  Okay?

20     A     Okay.

21     Q     The address that you gave, how

22 long have you been living there?

23     A     I've been living there for like

24 two, three years.

25     Q     Who do you live with?

DEF000183

```
 1                J. Alberto Marchena Gomez              6
 2        A     My mom, my dad, my sister and my
 3   brother, that's it.
 4        Q     What is your mom's name?
 5        A     Ana Gomez.
 6        Q     What is your dad's name?
 7        A     My dad's name is Cayetano
 8   Alberto Marchena.
 9        Q     What is your date of birth off
10   the record?
11        A     (Witness answered.)
12        Q     Are you right-handed or
13   left-handed?
14        A     I'm right-handed.
15        Q     What is your highest level of
16   education?
17        A     I'm still taking my education
18   right now, I'm in high school.
19        Q     What high school?
20        A     John F. Kennedy.
21        Q     Is that in the Bronx?
22        A     Yes, on 225th.
23        Q     Other than this claim that we
24   are here for today, have you made any
25   other claim against the City or State of
```

DEF000184

```
 1              J. Alberto Marchena Gomez              7
 2      New York?
 3          A      No.
 4          Q      Have you ever been convicted of
 5      a crime?
 6          A      I haven't been convicted for a
 7      crime but they've taken me for no reason.
 8          Q      I just want to know about
 9      convictions.
10          A      No.
11          Q      Are you working?
12          A      No, not right now.
13          Q      Back in July 2024, were you
14      working?
15          A      July of 2024, no, I don't recall
16      working.
17          Q      The reason I am asking you is
18      that as a result of this incident we are
19      going to talk about, the arrest, I will
20      be asking if you lost any time from work.
21          A      Any time from work?
22          Q      Are you saying you lost time
23      from work?
24          A      I didn't say I lost time from
25      work but, like, they take us for no
```

DEF000185

J. Alberto Marchena Gomez                    8

1

2    reason.

3        Q      Because of that, did you miss

4    any time from work?

5        A      No, I was didn't work.  I was a

6    minor at the time of the incident.

7        Q      Did you miss any time from

8    school?

9        A      I don't recall exactly what day

10   but, no, I didn't because it was summer.

11       Q      The incident we are here for

12   today, did it happen on July 6, 2024?

13       A      Yes.

14       Q      Around what time?

15       A      It was like around in the

16   afternoon, like 7:00, 6:00 p.m., around

17   but it was like nighttime, around there.

18       Q      Was it is still light out or was

19   it dark outside?

20       A      It was still, the sun was out

21   because it's summer and, you know, the

22   sun stays out until late but all I know

23   that day we came out late, we came out

24   around 11:00, 12:00.

25       Q      How old were you when this

DEF000186

```
 1                 J. Alberto Marchena Gomez            9
 2      happened?
 3           A     I was seventeen.
 4           Q     Where were you born?
 5           A     I was born in the Dominican
 6      Republic.
 7           Q     When did you come to this
 8      country?
 9           A     I came like in 2015.
10           Q     How do you know Juan Fraylin
11      Almonte?
12           A     He is the brother of one of my
13      friends that I met in school when I came
14      here, like the second or third grade.
15           Q     Which brother is that, that you
16      are friends with?
17           A     Eric Almonte.
18           Q     Was Eric also arrested that day
19      with you?
20           A     Yeah, he was also there that
21      day.
22           Q     You said the incident happened
23      on July 6th, where did it happen?
24           A     Where?
25           Q     Yes.
```

DEF000187

J. Alberto Marchena Gomez                    10

     A       It happened in 198th and

Valentine, in the corner down there.  We

was double-parked, stopped in the car

waiting for my friend's girlfriend to

finish buying something at the store and

that's when they came to harass us.

     Q       Were you double-parked near a 99

Cents store?

     A       Yeah.

     Q       Was that girlfriend Alisha?

     A       Yes.

     Q       What was the purpose of going to

that store?  Was that to make a copy of a

key?

     A       Yeah, she was making a copy of

her key 'cause she was almost about to

lose her key recently that same day so

when we find it, it was, oh, I need my

key, a copy, so I don't lose my keys and

I stay in my house so we went right away,

that is when they came.

     Q       Where were you coming from

before this?

     A       We was coming from getting her

DEF000188

J. Alberto Marchena Gomez                    11

from work.  I was the one driving her

from work because my brother don't got a

license.  So when we got there, I got out

in the seat of the driver and I got in

the back seat because I was talking to my

friend Eric that was in the back.  That's

when they came and everything happened.

    Q    I am talking about before

everything happened.  Okay?

    A    Okay.

    Q    What kind of vehicle was it?

Was it a CRV?

    A    Yes, like a 2004 Honda CRV.

    Q    Whose vehicle was it?

    A    It was Eric Almonte's dad's

vehicle.

    Q    Back in July 2024, did you have

a license?

    A    Yes, I had my license.

    Q    Did you have a learner's permit

or did you have a valid driver's license?

    A    No, I had a valid driver's

license because I took the permit when I

turned sixteen so when I turned seventeen

DEF000189

|    |    |
|----|----|
| 1  | J. Alberto Marchena Gomez    12 |

2   I already had started taking my license

3   so I got my license by that time.

4        Q      Was that a New York State issued

5   license?

6        A      Yeah.

7        Q      Do you have any restrictions on

8   your license?

9        A      No.

10       Q      Was your license suspended or

11  revoked on July 2024?

12       A      No.

13       Q      How did you meet up with

14  everybody that day?

15       A      So, I wake up from my house,

16  every time I always go to their house

17  over there because we always be there

18  because his mom is close to me so we was

19  there and then he told me we got to go

20  get my girl from work.  So I was, okay,

21  that's no problem because I got my

22  license.  We're going to be good, we're

23  not doing anything illegal.  So that's

24  when we go in the vehicle, we went to get

25  her.

DEF000190

```
 1              J. Alberto Marchena Gomez           13
 2              She works a little bit far in
 3      downtown so after we came up we got
 4      there, that's why the key, like, they
 5      couldn't find the key, so that's when we
 6      went to the place and everything
 7      happened.
 8          Q      You went over to their house and
 9      then you drove the CRV?
10          A      Yes.
11          Q      Did you have permission to drive
12      the CRV that day?
13          A      Of course, yeah.
14          Q      Did you get that permission from
15      Eric's dad?
16          A      Yes.
17          Q      Have you driven it before?
18          A      Yes, because he always will let
19      me drive because his brother don't got a
20      license, none of them, so they always
21      want to be legal.  So they'll be, oh, can
22      you drive so it has to be legal.  You
23      have to have someone drive with a license
24      so I said, okay and I drove.
25          Q      Where did you pick up Alisha?
```

DEF000191

```
1                 J. Alberto Marchena Gomez              14
2          A     From her work.  If I'm not
3    mistaken, that day it was in downtown.
4          Q     Downtown where?
5          A     Like 30th something street,
6    34th, something like that.
7          Q     In Manhattan?
8          A     Yes, in Manhattan.
9          Q     Then you drove back to the
10   Bronx?
11         A     Yes.
12         Q     Did you make any stops in
13   between?
14         A     No.
15         Q     The first stop you made was in
16   front of the 99 Cents store?
17         A     In front of his house in Grand
18   Concourse and that's where the thing was
19   going on, oh, where's the key, we're
20   looking for the key all over the car and
21   after we find it then we went to the 99
22   Cents store.
23         Q     When you got to that 99 Cents
24   store, where did you stop the car?
25         A     We stopped like right in the
```

DEF000192

```
 1              J. Alberto Marchena Gomez          15
 2      corner, like the corner, so we don't make
 3      no traffic.  It's a little street so a
 4      lot of traffic goes up.
 5          Q     Were you double-parked?
 6          A     Yes.
 7          Q     Did you have your hazards on
 8      when you were parked?
 9          A     I don't remember if they were
10      on.
11          Q     Who was sitting in the driver's
12      seat when you stopped?
13          A     After the vehicle was off and
14      stopped, the one sitting in the driver's
15      seat was Adonis but he wasn't driving.
16      The car was already turned off and
17      nothing was on.
18          Q     Who drove it there, was it you?
19          A     Me, yeah.
20          Q     Then you turned off the car?
21          A     Yeah.
22          Q     Where did you go?
23          A     I went to the back seat right
24      there.  I was talking to my friend
25      because he was there.
```

DEF000193

```
 1              J. Alberto Marchena Gomez           16
 2        Q     Who else was in the car?  There
 3    was Adonis, you, Eric, Alisha, anyone
 4    else?
 5        A     Just us at the moment right
 6    there.
 7        Q     What about Jhoan Fraylin, when
 8    did he come to the scene?
 9        A     So he came outside because he
10    was hearing all that commotion.  Like I
11    said, they live right there on the corner
12    so when they came outside and see what
13    was going happening, I don't really know
14    what happened because at the moment, me
15    and the three people inside the car, they
16    were already in the police vehicle and
17    from the video that I seen, something
18    crazy definitely went on there after we
19    left.
20        Q     Who took these videos?
21        A     Bystanders that were there
22    looking at everything, watching at the
23    scene because it was a lot of police
24    officers there.
25        Q     What was shown in these videos?
```

DEF000194

1          J. Alberto Marchena Gomez          17

2          A       In one of them videos it showed

3     how the police officer is dragging his

4     sister across the floor, running and

5     hitting her and they are showing another

6     video, like, punching and hitting Juan

7     Fraylin.

8                    MR. CHOUDHURY:  Off the

9               record.

10                   (Whereupon, a discussion was

11              held off the record.)

12         Q       Why did you stop the car and go

13    to the back seat?  Why couldn't you speak

14    to Eric from the front seat, was there

15    any reason?

16         A       I mean we already stopped and

17    I'm not a person that I like to talk from

18    the front like that.  I don't like to

19    turn my head like that and stuff like

20    that.  We're not moving, I'm not driving,

21    I'm not distracted, so nothing, no

22    problem for me to go to the back seat.

23         Q       At some point did police

24    approach the vehicle?

25         A       Yes, that's when they approached

DEF000195

```
 1            J. Alberto Marchena Gomez          18
 2       after.
 3            Q     Did they run or walk toward it
 4       when they approached the vehicle?
 5            A     So they came and lowered the
 6       window and then they started talking to
 7       Adonis.  After they started talking to
 8       him, I don't know exactly what they were
 9       saying but that's when they kept telling
10       him, where's your license, where's this,
11       where's that.
12            So they were asking him for his
13       stuff like it was a traffic stop.  That's
14       when they pulled him out the car and then
15       they come to me and Eric for no reason.
16       They're like, oh, get out the vehicle.
17            We got out the vehicle and, oh,
18       what is going on, why are you telling us
19       to get out the car, what did we do, me
20       and him are minors so they have to know
21       we're telling them the whole time that we
22       was minors.  So the police officer got
23       mad because I was like recording this and
24       so once he went like that to me, like,
25       shoved me like that after I was showing
```

DEF000196

J. Alberto Marchena Gomez                    19

1
2          him I got that on the video.  After that
3          he just came, put my hands behind my back
4          and took me for no reason.
5                Q     Do you still have that video?
6                A     Yes, I have that video.
7                Q     I ask that you keep it in a safe
8          place.  Your attorney will tell you what
9          to do with it.  Okay?
10               A     Okay, thank you.
11               Q     Adonis, he did not have a
12         license at that point?
13               A     He does have a license.  His
14         license is just suspended so basically
15         no.
16               Q     When the police asked Adonis for
17         his license, did Adonis give them
18         anything?
19               A     He was talking to them, telling
20         them why he had to give them the license
21         because the vehicle wasn't moving, it
22         wasn't a traffic stop, he was asking for
23         his rights.
24               Q     At some point did he give them
25         anything or did the police tell him get

DEF000197

J. Alberto Marchena Gomez                    20

out of the vehicle at some point?

    A    That's when they told him to get

out and they started arresting all of us.

    Q    At the time the vehicle was

stopped, was the ignition on or off when

he approached?

    A    It was off.

    Q    How long was the ignition off

before the police arrived?

    A    Like a couple of minutes, off

ten minutes already.

    Q    Was any music playing in the

vehicle?

    A    No.

    Q    Was anyone smoking in the

vehicle?

    A    Like cigarettes, like the Juul?

    Q    When the police approached the

vehicle, did they tell you why they

approached the vehicle?

    A    They didn't say why, just

started asking, get out of the vehicle.

    Q    As a result of the arrest

process, the handcuffing and so forth,

DEF000198

1            J. Alberto Marchena Gomez       21

2    were you injured in any way?

3      A      I was not injured physically but

4    like it really affected my mental because

5    every time I see police officers, like, I

6    just think they're going to come bother

7    us for no reason and it's already

8    happening.

9      Q      I will ask you about mental

10    health later for sure but I am asking

11    physically right now were you injured in

12    any way?

13      A      Basically, no.

14      Q      After they arrested you, did

15    they read you your Miranda Rights, for

16    example, the right to remain silent and

17    so forth?

18      A      That I remember, no, they just

19    took us.

20      Q      Did the police use any weapons,

21    for example, tazers, guns, batons,

22    anything like that for the arrest?

23      A      Not really because they was just

24    being aggressive toward us, grabbing our

25    hands. They just turned us around

DEF000199

1               J. Alberto Marchena Gomez            22

2      because we weren't resisting no way so

3      they were just doing all that extra stuff

4      because they were feeling like doing it

5      because we wasn't resisting no arrest or

6      nothing.

7           Q     Who were they dragging, was it

8      Ana, the sister?

9           A     Yeah.

10          Q     What about Juan Fraylin?

11          A     They was hitting him, like

12     punching him with their fists.

13          Q     Did you or anyone record that?

14          A     They have a video.  They have a

15     recording but it wasn't me recording.

16          Q     Was Juan Fraylin visibly injured

17     after that, for example, did he have

18     bruises, cuts or blood anywhere when you

19     saw him?

20          A     I seen he was like in pretty bad

21     shape because he got like hit by a lot of

22     cops so he was not in good shape.  I

23     don't know about the injuries and stuff

24     because it is something he might say.

25          Q     After they arrested you, did

DEF000200

| | |
|---|---|
| 1 | J. Alberto Marchena Gomez                    23 |

```
 2    they take you to the precinct?

 3        A     Yeah.

 4        Q     Did they take your mug shot and

 5    fingerprints at the precinct?

 6        A     No, they didn't do nothing of

 7    that.  They just put us in the minor room

 8    for the people there and made us wait

 9    there for, like, a couple of hours and

10    then released us.

11        Q     Did they contact your parents at

12    any time before they released you?

13        A     They just let us out, they

14    didn't ask for nothing.

15        Q     When you say let us out, they

16    let you and Eric out?

17        A     Yeah.

18        Q     What happened to Juan Fraylin?

19        A     At first I think he was with us

20    in a room and then they took him because

21    he's not a minor.  He wasn't going to be

22    in the same room as us.

23        Q     What time were you released?

24        A     I don't remember exactly what

25    time I got released but probably not
```

DEF000201

J. Alberto Marchena Gomez                    24

1
2   long, it was around 11:00 or 12:00,
3   around there that they released us.
4        Q     From the time of the arrest up
5   until you were released, how many hours
6   were you detained for?
7        A     I would say, like, four, five
8   hours, probably.
9        Q     During the time you were
10  detained, did you ask for any medical
11  attention?
12       A     No, not really.
13       Q     After you were released, did you
14  get any medical attention?
15       A     No.
16       Q     Has this arrest affected your
17  mental health in any way?
18       A     Yes.
19       Q     Can you tell me how.
20       A     So it gave me PTSD.  So every
21  time I see the police officers, I just
22  think they are going to come to harass
23  us.  Like, every time they pass or
24  something we, like, see them like that, a
25  little pass and we see them and they're,

DEF000202

| | |
|---|---|
| 1 | J. Alberto Marchena Gomez    25 |
| 2 | like, staring at us. |
| 3 | It just makes me think they're |
| 4 | going to do the same stuff over and over |
| 5 | again.  So I don't really feel safe with |
| 6 | the police officers like that.  They're |
| 7 | supposed to be the safety for the City |
| 8 | and we don't feel safe around them. |
| 9 | Q    Did you receive any treatment |
| 10 | for mental health because of this |
| 11 | incident? |
| 12 | A    No, but I'm looking forward, |
| 13 | like, for an option. |
| 14 | Q    Do you have health insurance? |
| 15 | A    Yeah, I'm sure, yes. |
| 16 | Q    Don't guess, do you know or you |
| 17 | don't know? |
| 18 | A    Yes, I do have health insurance. |
| 19 | Q    Is it Medicaid? |
| 20 | A    Yes. |
| 21 | Q    Do you know the name of your |
| 22 | health insurance company? |
| 23 | A    I think it's Medicaid. |
| 24 | Q    Before this incident, did you |
| 25 | have issues with mental health? |

DEF000203

1        J. Alberto Marchena Gomez                    26

2        A      Not really because I was just

3    feeling good.  I didn't have a problem

4    with nobody.  So like those types of

5    issues I didn't go through.

6             So it's like I started going

7    through with the police.  Before that, I

8    never been in a situation with them like

9    that.  It just started from them

10   harassing us.

11       Q      Have you had any other issues

12   with these police officers since July

13   5th?

14       A      Well, with the same police

15   officers?

16       Q      Yes.

17       A      There are a lot of times they

18   will pass because some of them will be

19   undercover police but like these, but

20   most of the time after that they pass,

21   they try to taunt us, make fun of us, oh,

22   look who it is, this and that, a little

23   kid.  They will say stuff like that,

24   trying to be funny without us doing

25   nothing that was, oh, look at them over

DEF000204

```
 1                J. Alberto Marchena Gomez        27
 2      there.
 3          Q     Do you know the names of these
 4      police officers?
 5          A     I got to have them because most
 6      of them the badge numbers and the names
 7      and I know exactly which police officers
 8      so I will look for the names.
 9          Q     After everyone was arrested, did
10      they search you?
11          A     Yeah.
12          Q     Did they find anything, for
13      example, weapons, contrabands or drugs?
14          A     No.
15          Q     Did they search the vehicle?
16          A     I'm sure they did because they
17      took the vehicle to the precinct.  They
18      took us and probably it took a lot of
19      days to give it back.
20          Q     Did they say they found anything
21      inside of the vehicle, for example,
22      drugs, weapons or contraband or anything
23      like that?
24                Can you repeat your answer, you
25      were frozen.  I asked you if they found
```

DEF000205

J. Alberto Marchena Gomez                    28

1
2        anything inside of the vehicle, for
3        example, weapons, drugs, anything like
4        that?
5             A       No, they never said they found
6        anything inside of the vehicle.
7             Q       Did they say they found any
8        weapons, drugs, anything like that on any
9        of the individuals that were arrested,
10       for example, Juan or anything like that?
11            A       No.
12                    MR. CHOUDHURY:  Thank you for
13               you time.
14                          -o0o-
15               (Whereupon, the hearing of
16          Jhoan Alberto Marchena Gomez was
17          concluded at 11:41 a.m.)
18
19          _____
20          JHOAN ALBERTO MARCHENA GOMEZ
21
22   Subscribed and sworn to
     before me this _____ day
23   of _____, 20__.
24
     _____
25   NOTARY PUBLIC

DEF000206

29

## C E R T I F I C A T E

I, Julie Fahrer, a reporter and Notary
Public within and for the State of New York,
do hereby certify:

That the witness(es) whose testimony
is hereinbefore set forth was duly sworn by
me, and the foregoing transcript is a true
record of the testimony given by such
witness(es).

I further certify that I am not
related to any of the parties to this action
by blood or marriage, and that I am in no way
interested in the outcome of this matter.


_Julie Fahrer_
JULIE FAHRER

DEF000207



77 Water Street, Suite 2100
New York, New York 10005

January 31, 2025


Via Email: daguirre@glenngarber.com
Garber & Garber
233 Broadway, Suite 2370
New York New York 10279

    Re: Claimant Name: JHOAN ALBERTO MARCHENA GOMEZ
    Claim Number:  2024PI031744
    D.O.I   : 07/06/2024

### NOTICE OF ADJOURNMENT

Dear Counselor:

  This is to confirm the hearing for the above referenced claim has been adjourned and has been rescheduled for the following location and time:

    **Date of Hearing:**  May 8, 2025
    **Time of Hearing:**  12:00 P.M.
    **Location of Hearing:** Remote

  Please note, as stated in the Notice of Hearing correspondence, claimant is permitted only one adjournment without cause. Applications for all additional adjournments must include the reason for the request and will be granted for good cause only. Applications for adjournments must be made in writing to *Toni.Colucci@LewisBrisbois.com.*

  Upon receipt of this notice, please contact us if a language interpreter for your client is necessary. One day prior to the hearing, we will call your office to confirm the date and time of the hearing.  If you confirm the hearing date at that time and you subsequently fail to appear for the hearing, you will be charged by the City for any legal fee, interpreter fee and stenographic fee incurred.

---

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

All questions with regard to this notice should be addressed to the undersigned at *Toni.Colucci@LewisBrisbois.com*

**Please be aware that filing a false claim or aiding and abetting the filing of a false claim is a crime. Violators will be prosecuted to the fullest extent of the law**.

Very truly yours,
*Toni Colucci*

Toni Colucci
Case Assistant

cc: Comptroller's Office
    One Centre Street
    New York, New York 10007



77 Water Street, Suite 2100
New York, New York 10005

January 2, 2025

Garber & Garber
233 Broadway, Suite 2370
New York New York 10279

                    Re: Claimant Name: JHOAN ALBERTO MARCHENA GOMEZ
                        Claim Number:  2024PI031744
                        D.O.I        :  07/06/2024

                        **NOTICE OF 50-H HEARING**

Dear Counselor:

    Please take notice, pursuant to Section 50-h of the General Municipal Law (GML), claimant is mandated by law to appear at the following location, at the date and time specified below, to be orally examined under oath relative to the occurrence and extent of injuries for which the above claim is made.  Please note that all infant claimants must appear.

    **Date of Hearing**: March 24, 2025
    **Time of Hearing**: 1:00 P.M.
    **Location of Hearing**: Remotely

    All 50-h hearings are being held by videoconference.  All parties must have access to a smart device with internet connection to support video capabilities, and all devices must be adequately charged.

    The claimant should be accompanied by his/her attorney, if represented.  Please note that all claimants, including infants, must appear.  The hearing will begin promptly at the time indicated.

    Upon receipt of this notice, please contact us if a language interpreter for your client is necessary. One day prior to the hearing, we will call your office to confirm the date and time of the hearing.  If you confirm the hearing date at that time and you subsequently fail to appear for the hearing, you will be charged by the City for any legal fee, interpreter fee and stenographic fee incurred.  For claimants not represented by an attorney, please note that we **cannot conduct a hearing** unless we confirm with you **by phone** the business day before. Please contact us immediately and provide us with your telephone number.

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA

All applications for adjournments should be directed via email to **Toni Colucci** at **Toni.Colucci@LewisBrisbois.com**.

Claimants will be permitted one adjournment without cause. Application for such adjournments should be made at least one week prior to the hearing date. Applications for additional adjournments must include the reason for the request and will be granted for good cause **only.**

If a claimant fails to appear for a scheduled hearing, a default will be declared and claimant's failure to appear will be raised as an affirmative defense in any lawsuit subsequently filed.

**In order to prevent fraud, you are required to present proper identification prior to commencement of the hearing.** Additionally, you are requested to bring to the hearing original photographs of the accident scene and copies of all documents relevant to this claim including but not limited to:

     (1) prior written notice map;
     (2) all medical and hospital records;
     (3) authorizations for the Comptroller's Office to obtain, as applicable, medical, criminal, employment and/or school records, and loss of income documentation;
     (4) police reports.

Pursuant to State and Federal law, the Comptroller's Office, through its attorneys taking hearings, is authorized to obtain, social security and Medicare or Medicaid numbers for tax and reporting purposes, and to allow for the collection of liens held by the City and State.

Please be advised that nothing contained herein shall be construed as extending the statute of limitations beyond the statutory time.

All questions with regard to this notice should be addressed to the undersigned at Lewis Brisbois Bisgaard & Smith, LLP, 77 Water Street, Suite 2100 New York New York 10005.

**Please be aware that filing a false claim or aiding and abetting the filing of a false claim is a crime. Violators will be prosecuted to the fullest extent of the law.**

Very truly yours,
*Toni Colucci*

Toni Colucci
Case Assistant
646 – 783 - 0928

cc: Comptroller's Office
    One Centre Street
    New York, New York 10007

---

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

www.lewisbrisbois.com