# Exhibit B

*July Incident*

*DEF000355
Officer Singh BWC
Footage*