# Exhibit C

*July Incident*

*DEF000364
Officer Jeselson
BWC Footage*