# Exhibit E

*July Incident*

*DEF000373 Officer Perry BWC Footage*