# Exhibit F

*July Incident*

*DEF000343*
*Officer Perry BWC*
*Footage*