# Exhibit G

*July Incident*

*City's Initial Disclosures*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ERICK ALMONTE ESPINAL, et al.,

                Plaintiff,        25-CV-05089 (KPF)

    -against-                **INITIAL DISCLOSURES BY**
                                                                  **DEFENDANT CITY OF NEW YORK**

POLICE OFFICER O'CONNOR, et al.,

                Defendants.

------------------------------------------------------------X

        Defendant City of New York ("Defendant"), by its attorney, Muriel Goode-Trufant, Corporation Counsel of the City of New York, pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, hereby submits its initial disclosures as follows:

(i)    The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing parties may use to support their claims or defenses, unless the use would be solely for impeachment:

- Erick Almonte Espinal, plaintiff;

- Juan Frailyn Almonte Espinal, plaintiff;

- Juan Adonis Almonte Espinal, plaintiff;

- Ana Miranda Almonte Espinal, plaintiff;

- Alisha Emely Rodriguez Batista, plaintiff;

- Juan Ramon Almonte Diaz, plaintiff;

- Ana Maria Espinal, plaintiff;

- Jhoan Alberto Marchena Gomez, plaintiff;

- Officer O'Connor,[1] c/o The Office of Corporation Counsel, 100 Church Street, New York, New York 10007 (believed to have information regarding the events in the complaint);

- Officer Jeselsom, c/o The Office of Corporation Counsel, 100 Church Street, New York, New York 10007 (believed to have information regarding the events in the complaint); and

- Sergeant Pena, c/o The Office of Corporation Counsel, 100 Church Street, New York, New York 10007 (believed to have information regarding the events in the complaint);

(ii) A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing parties have in their possession, custody, or control and may use to support their claims or defenses, unless the use would be solely for impeachment:

| Bates No. | Document |
| --- | --- |
| DEF000001–000048 | Alisha Emely Rodriguez Batista, Claim # 2024P1031766 |
| DEF000049–000101 | Ana Maria Espinal, Claim # 2024P1031781 |
| DEF000102–000162 | Ana Miranda Almonte Espinal, Claim # 2024P1031753 |
| DEF000164–000211 | Jhoan Alberto Marchena Gomez, Claim # 2024P1031744 |
| DEF000271–000270 | Juan Ramon Almonte Diaz, Claim # 2024P1031740 |
| DEF000212–000322 | Juan Adonis Almonte Espinal, Claim # 2024P1031735 |
| DEF000323–000375 | Body worn camera ("BWC") videos, see BWC chart below |

### BWC VIDEOS

| Bates No. | File Name | Duration | First Name | Last Name |
| --- | --- | --- | --- | --- |
| DEF000323 | Axon_Body_3_Video_2024-07-06_2013-3.mp4 | 3m 25s | RYAN | ODEA |
| DEF000324 | Axon_Body_3_Video_2024-07-06_2013-7.mp4 | 12m 43s | JARED | SANTIAGO |
| DEF000325 | Axon_Body_3_Video_2024-07-06_2011-6.mp4 | 2m 33s | SIMON | MANCILLA |
| DEF000326 | Axon_Body_3_Video_2024-07-06_2016-3.mp4 | 14m 41s | TYLER | HANSON |

---

[1] Any communication with any current or former member of the New York City Police Department, or any New York City agency, or those represented by counsel, other than service of process, should be made through counsel.

| | | | | |
|---|---|---|---|---|
| DEF000327 | Axon_Body_3_Video_2024-07-06_2011-10.mp4 | 10m 48s | ALFONSO | MENDEZ |
| DEF000328 | Axon_Body_3_Video_2024-07-06_2011-9.mp4 | 2m 41s | ERICA | FRIAS |
| DEF000329 | Axon_Body_3_Video_2024-07-06_2257.mp4 | 1m 52s | FERNANDA | FERRERDIAZ |
| DEF000330 | Axon_Body_3_Video_2024-07-06_2032.mp4 | 1m 40s | LUIS | SANCHEZJIMENEZ |
| DEF000331 | Axon_Body_3_Video_2024-07-06_2014-3.mp4 | 3m 30s | JACOB | NOGRADY |
| DEF000332 | Axon_Body_3_Video_2024-07-06_2251.mp4 | 4m 47s | EVAN | JESELSON |
| DEF000333 | Axon_Body_3_Video_2024-07-06_2013-6.mp4 | 10m 16s | ULISES | SANTANA |
| DEF000334 | Axon_Body_3_Video_2024-07-06_2034.mp4 | 2m 12s | LUIS | SANCHEZJIMENEZ |
| DEF000335 | Axon_Body_3_Video_2024-07-06_2013.mp4 | 2m 25s | RAIDELYS | LOPEZMARTINEZ |
| DEF000336 | Axon_Body_3_Video_2024-07-06_2243.mp4 | 1m 39s | EVAN | JESELSON |
| DEF000337 | Axon_Body_3_Video_2024-07-06_2014.mp4 | 3m 3s | SATINDERPAL | SINGH |
| DEF000338 | Axon_Body_3_Video_2024-07-06_2011-8.mp4 | 2m 38s | JACOB | NOGRADY |
| DEF000339 | Axon_Body_3_Video_2024-07-06_2013-2.mp4 | 2m 36s | TYLER | HANSON |
| DEF000340 | Axon_Body_3_Video_2024-07-06_2011-13.mp4 | 15m 57s | NICHOLAS | MARSCHEIDER |
| DEF000341 | Axon_Body_3_Video_2024-07-06_2013-8.mp4 | 17m 52s | LUIS | SANCHEZJIMENEZ |
| DEF000342 | Axon_Body_3_Video_2024-07-06_2016-2.mp4 | 9m 34s | ERICA | FRIAS |
| DEF000343 | Axon_Body_3_Video_2024-07-06_2006.mp4 | 7m 6s | RAIDELYS | LOPEZMARTINEZ |
| DEF000344 (to be produced) | Axon_Body_3_Video_2024-07-06_2257-2.mp4 | 2m 29s | SHAWN | MORRIS |
| DEF000345 | Axon_Body_3_Video_2024-07-06_2243-3.mp4 | 5m 7s | DARRYL | PERRY |
| DEF000346 | Axon_Body_3_Video_2024-07-06_2024.mp4 | 3m 20s | EVAN | JESELSON |
| DEF000347 | Axon_Body_3_Video_2024-07-06_2006-2.mp4 | 7m 23s | CHRISTOPHER | OCONNOR |
| DEF000348 | Axon_Body_3_Video_2024-07-06_2249.mp4 | 2m 16s | CHRISTOPHER | OCONNOR |
| DEF000349 | Axon_Body_3_Video_2024-07-06_2011-7.mp4 | 2m 34s | TYLER | HANSON |

| | | | | |
|---|---|---|---|---|
| DEF000350 | Axon_Body_3_Video_2024-07-06_2020-2.mp4 | 5m 29s | RAIDELYS | LOPEZMARTINEZ |
| DEF000351 | Axon_Body_3_Video_2024-07-06_2012.mp4 | 1m 28s | SERGIO | NUNEZLOPEZ |
| DEF000352 | Axon_Body_3_Video_2024-07-06_2020.mp4 | 4m 6s | VALMIR | NIKQI |
| DEF000353 | Axon_Body_3_Video_2024-07-06_2013-5.mp4 | 6m 33s | SERGIO | NUNEZLOPEZ |
| DEF000354 | Axon_Body_3_Video_2024-07-06_2243-2.mp4 | 4m 43s | CHRISTOPHER | OCONNOR |
| DEF000355 | Axon_Body_3_Video_2024-07-06_2006-3.mp4 | 7m 47s | SATINDERPAL | SINGH |
| DEF000356 | Axon_Body_3_Video_2024-07-06_2011-3.mp4 | 2m 27s | LUIS | SANCHEZJIMENEZ |
| DEF000357 | Axon_Body_3_Video_2024-07-06_2013-9.mp4 | 19m 15s | MATTHEW | GUERRIDO |
| DEF000358 | Axon_Body_3_Video_2024-07-06_2147.mp4 | 7m 58s | NELSON | PENA |
| DEF000359 | Axon_Body_3_Video_2024-07-06_2014-2.mp4 | 3m 17s | CHRISTOPHER | OCONNOR |
| DEF000360 | Axon_Fleet_3_Front_Camera_Video_2024-07-06_2016.mp4 | 1m 1s | NOAH | HOLLAND |
| DEF000361 (to be produced) | Axon_Body_3_Video_2024-07-06_2011-11.mp4 | 14m 6s | DORIS | MIRANDA |
| DEF000362 | Axon_Body_3_Video_2024-07-06_2011.mp4 | 2m 11s | ULISES | SANTANA |
| DEF000363 | Axon_Body_3_Video_2024-07-06_2245.mp4 | 1m 22s | EVAN | JESELSON |
| DEF000364 | Axon_Body_3_Video_2024-07-06_2006-5.mp4 | 16m 47s | EVAN | JESELSON |
| DEF000365 | Axon_Body_3_Video_2024-07-06_2013-4.mp4 | 3m 48s | SIMON | MANCILLA |
| DEF000366 | Axon_Body_3_Video_2024-07-06_2011-5.mp4 | 2m 33s | JARED | SANTIAGO |
| DEF000367 | Axon_Body_3_Video_2024-07-06_2249-3.mp4 | 3m 14s | DARRYL | PERRY |
| DEF000368 | Axon_Body_3_Video_2024-07-06_2011-4.mp4 | 2m 28s | RYAN | ODEA |
| DEF000369 | Axon_Body_3_Video_2024-07-06_2031.mp4 | 4m 47s | ERICA | FRIAS |
| DEF000370 | Axon_Body_3_Video_2024-07-06_2011-2.mp4 | 2m 27s | MATTHEW | GUERRIDO |
| DEF000371 | Axon_Body_3_Video_2024-07-06_2011-12.mp4 | 14m 21s | ROBERT | SPATAFORE |
| DEF000372 | Axon_Body_3_Video_2024-07-06_2016.mp4 | 0m 52s | TYLER | HANSON |

| DEF000373 | Axon_Body_3_Video_2024-07-06_2006-4.mp4 | 11m 16s | DARRYL | PERRY |
|---|---|---|---|---|
| DEF000374 | Axon_Body_3_Video_2024-07-06_2037.mp4 | 8m 55s | CHRISTOPHER | OCONNOR |
| DEF000375 (to be produced) | Axon_Body_3_Video_2024-07-06_2249-2.mp4 | 2m 24s | EVAN | JESELSON |

Defendant incorporates any documents identified in plaintiffs' initial disclosures and productions and any documents identified, mentioned, or produced in plaintiffs' subsequent disclosures and productions.

(iii)  A computation of each category of damages claimed by the disclosing parties—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered:

- Not applicable.

(iv)  For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment:

- Not applicable.

Defendant reserves the right to supplement and/or amend the above information prior to or at the time of trial.

Dated: New York, New York  
November 3, 2025

MURIEL GOODE-TRUFANT  
Corporation Counsel of the City of New York  
*Attorney for Defendants*  
100 Church Street, Room 3-218  
New York, New York 10007  
(212) 356-0827  
sabober@law.nyc.gov

By:  /s/ Sandra A. Bober  
Sandra A. Bober  
Senior Counsel  
Special Federal Litigation Division

To:  **All counsel (via email)**  
Alexander Garber, agarber@glenngarber.com  
Glenn Andrew Garber, ggarber@glenngarber.com  
Glenn A. Garber, P.C.  
233 Broadway, Ste 2370  
New York, NY 10279  
*Attorneys for Plaintiff*