# Exhibit H

*July Incident*

*Email Transmitting City's Initial Disclosures*

| | |
|---|---|
| **From:** | Bober, Sandra |
| **To:** | "Alex Garber"; "Glenn Garber" |
| **Subject:** | Almonte Espinal v. NYC, 25-05089 (KPF) (SDNY) - defendant"s initial disclosures |
| **Date:** | Monday, November 3, 2025 6:34:00 PM |
| **Attachments:** | Defendant"s Initial Disclosures - 11-3-2025.pdf |

Counsel,

Attached please find defendant's initial disclosures. I also sent these disclosures as well as documents and body-worn camera videos through Kiteworks, a secure file sharing platform. An e-mail from secure_mail@secureft.law.nyc.gov will allow you to download the files. Please note that the link to access these files expires on November 18, 2025. Also, please let me know if you have any issues accessing the files.

Best,

Sandra

Sandra Bober
Senior Counsel
Special Federal Litigation Division
New York City Law Department
100 Church Street
New York, NY 10007
Office: (212) 356-0827
sabober@law.nyc.gov