# Exhibit I

*July Incident*

*Download Notification for City's Initial Disclosures*

| | |
|---|---|
| **From:** | secure_mail@secureft.law.nyc.gov |
| **To:** | Bober, Sandra |
| **Subject:** | Download notification: daguirre@glenngarber.com downloaded 52 files |
| **Date:** | Tuesday, November 4, 2025 10:28:10 AM |



# daguirre@glenngarber.com downloaded 52 files

**Access message**



Downloaded on Nov 4, 2025 15:28:03 (GMT)

### 2 PDFs

Defendant's Initial Disclosures - 11-3-2025.pdf, Defendant's initial disclosure docs 11-3-2025.pdf

### 50 videos

Axon_Fleet_3_Front_Camera_Video_2024-07-06_2016.mp4, Axon_Body_3_Video_2024-07-06_2257.mp4, Axon_Body_3_Video_2024-07-06_2011.mp4, Axon_Body_3_Video_2024-07-06_2012.mp4, Axon_Body_3_Video_2024-07-06_2016.mp4, Axon_Body_3_Video_2024-07-06_2249-3.mp4, Axon_Body_3_Video_2024-07-06_2032.mp4, Axon_Body_3_Video_2024-07-06_2243.mp4, Axon_Body_3_Video_2024-07-06_2034.mp4, Axon_Body_3_Video_2024-07-06_2245.mp4, Axon_Body_3_Video_2024-07-06_2251.mp4, Axon_Body_3_Video_2024-07-06_2006.mp4, Axon_Body_3_Video_2024-07-06_2006-2.mp4, Axon_Body_3_Video_2024-07-06_2006-3.mp4, Axon_Body_3_Video_2024-07-06_2006-4.mp4, Axon_Body_3_Video_2024-07-06_2006-5.mp4, Axon_Body_3_Video_2024-07-06_2011-2.mp4, Axon_Body_3_Video_2024-07-06_2011-3.mp4, Axon_Body_3_Video_2024-07-06_2011-4.mp4, Axon_Body_3_Video_2024-07-06_2011-5.mp4, Axon_Body_3_Video_2024-

07-06_2011-6.mp4, Axon_Body_3_Video_2024-07-06_2011-7.mp4, Axon_Body_3_Video_2024-07-06_2011-8.mp4, Axon_Body_3_Video_2024-07-06_2011-9.mp4, Axon_Body_3_Video_2024-07-06_2011-10.mp4, Axon_Body_3_Video_2024-07-06_2011-12.mp4, Axon_Body_3_Video_2024-07-06_2011-13.mp4, Axon_Body_3_Video_2024-07-06_2013.mp4, Axon_Body_3_Video_2024-07-06_2013-2.mp4, Axon_Body_3_Video_2024-07-06_2013-3.mp4, Axon_Body_3_Video_2024-07-06_2013-4.mp4, Axon_Body_3_Video_2024-07-06_2013-5.mp4, Axon_Body_3_Video_2024-07-06_2013-6.mp4, Axon_Body_3_Video_2024-07-06_2013-7.mp4, Axon_Body_3_Video_2024-07-06_2013-8.mp4, Axon_Body_3_Video_2024-07-06_2013-9.mp4, Axon_Body_3_Video_2024-07-06_2014.mp4, Axon_Body_3_Video_2024-07-06_2014-2.mp4, Axon_Body_3_Video_2024-07-06_2014-3.mp4, Axon_Body_3_Video_2024-07-06_2016-2.mp4, Axon_Body_3_Video_2024-07-06_2016-3.mp4, Axon_Body_3_Video_2024-07-06_2020.mp4, Axon_Body_3_Video_2024-07-06_2020-2.mp4, Axon_Body_3_Video_2024-07-06_2024.mp4, Axon_Body_3_Video_2024-07-06_2031.mp4, Axon_Body_3_Video_2024-07-06_2037.mp4, Axon_Body_3_Video_2024-07-06_2147.mp4, Axon_Body_3_Video_2024-07-06_2243-2.mp4, Axon_Body_3_Video_2024-07-06_2243-3.mp4, Axon_Body_3_Video_2024-07-06_2249.mp4

This message requires that you sign in to access the message and any file attachments.

