# Exhibit J

*July Incident*

*DEF000323
Officer Odea BWC
Footage*