# Exhibit K

*November Incident*

*DEF000001 Dashboard Camera Footage*