# Exhibit L

*November Incident*

*DEF000011 Officer Lopez-Martinez BWC Footage*