# Exhibit M

*November Incident*

*DEF000008
Officer Jeselson
BWC Footage*