# Exhibit N

*November Incident*

*DEF000003
Officer Cruger
BWC Footage*