# GLENN A. GARBER, P.C.
## ATTORNEYS AT LAW

GLENN A. GARBER
(ADMITTED IN NY & NJ)

THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 2370, NEW YORK, NY 10279
TEL: 212-965-9370   FAX: 212-965-9375
WWW.GLENNGARBER.COM

February 17, 2026

**BY ECF**
Honorable Judge Paul A. Engelmayer
Southern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *25-cv-04100-PAE Almonte Espinal et al v. Male Police Officer 1 et al*

Dear Judge Engelmayer:

On January 27, 2025, Plaintiffs filed a motion to consolidate the above referenced matter with 25-cv-5089. Dkt. Entry 14. Both are police excessive force cases with common Plaintiffs and Defendants. The Court set a briefing schedule with the City's opposition due January 16, 2026. Dkt. Entry 16. The City received an extension until February 6, 2026 without objection from Plaintiffs. Dkt. Entry 19. Plaintiff's reply was due on February 13. Dkt. Entry 20.

I have been on vacation and out of the country since the City filed their opposition on February 6. As such, I have not been able to file a reply.

I am requesting until this Friday, February 20, 2026 for Plaintiffs to file a reply. The City does not oppose such an extension.

My apologies for not making this request sooner.

Thank you for your consideration,

Alex Garber

Attorney for Plaintiffs

cc: All counsel by email and ECF

GRANTED.

SO ORDERED.

Date: February 18, 2026
      New York, New York

_____
PAUL A. ENGELMAYER
United States District Judge