# EXHIBIT 4

