# EXHIBIT 3




