THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, N.Y. 10007

**STEVEN BANKS**
*Corporation Counsel*

**JOHN CARNEVALE**
*Assistant Corporation Counsel*
Tel.: (212) 356-2415
Fax: (212) 356-3509
jcarneval@law.nyc.gov

October 1, 2026

**VIA ECF**
Honorable Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *Almonte Espinal et al. v. Male Police Officer 1 et al.*,
Docket No. 25-cv-4100 (PAE)

Your Honor:

We write jointly on behalf of plaintiffs and defendant City of New York to provide the mediation status update.

The parties participated in mediation with mediator Robert Whitman on July 16, 2026, addressing this action and the related action, Docket No. 25-cv-5089 (KPF). The session was adjourned to allow plaintiffs to provide supplemental medical records and updated authorizations. Plaintiffs have since supplemented their medical disclosures, most recently by providing a link to medical records on September 23.

The parties and Mr. Whitman have scheduled a continued mediation addressing both actions for October 19, 2026, at 10:00 a.m., by videoconference. Plaintiffs' counsel's trial schedule and Mr. Whitman's availability resulted in the parties scheduling the continued session for that date. The parties respectfully propose submitting a further status report by October 22, 2026, advising the Court of the outcome of the continued mediation and any necessary next steps.

Thank you for your consideration.

Respectfully submitted,

*/s/ JCarnevale*
John Carnevale
*Assistant Corporation Counsel*
Special Federal Litigation Division

The Court thanks counsel for this update. The next mediation status update is due October 22, 2026.

SO ORDERED.

Date: October 2, 2026
New York, New York

Paul A. Engelmayer

PAUL A. ENGELMAYER
United States District Judge